**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-CR-60145-MD**

**UNITED STATES OF AMERICA**

**v.**

**OLUSHOLA YUSUF**

      **Defendant**

_____/

<u>**GOVERNMENT'S AMENDED EXHIBIT LIST**</u>

| Exhibit Number | Date Identified | Date Admitted | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
|  | | 00s - Count Exhibits | | |
| 2A | | | | I.C. Chans Pharmacy Plus PDMP (B&C-11_000000071) |
| 2B | | | | I.C. PDMP (Excel) |
| 3A | | | | I.C. Chans Pharmacy Plus PDMP (B&C-11_000000073) |
| 4A | | | | I.C. Chans Pharmacy Plus PDMP (B&C-11_000000075) |
| 5A | | | | R.I. Chans Pharmacy Plus PDMP (B&C-11_000000075) |
| 5B | | | | R.I. Chans Pharmacy Plus PDMP (Excel) |
| 5C | | | | R.I. Scanned Prescriptions (B&C-7_0000001527- B&C-7_0000001544) |
| 5D | | | | R.I. Zelle Payments (G_SAMSUNG_0000002898) |
| 5E | | | | Zelle Statements (SG_SAMSUNG_0000002900) |
| 6A | | | | R.I. Chans Pharmacy Plus PDMP (B&C-11_0000000078) |
| 6B | | | | R.I. Scanned Prescriptions (B&C-7_0000001527 - B&C-7_0000001544) |
| 2A | | | | I.C. Chans Pharmacy Plus PDMP (B&C-11_000000071) |
| 2B | | | | I.C. PDMP (Excel) |
| 3A | | | | I.C. Chans Pharmacy Plus PDMP (B&C-11_000000073) |
| 7A | | | | DailyLog-C2_2023-12-13 (Excel) |
| 7B | | | | DailyLog-Controls_2023-12-13 (Excel) |
| 7C | | | | Profile_R.I._2023-12-13 (Excel) |

| Exhibit Number | Date Identified | Date Admitted | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 7D | | | | Recording (SG_MOTOROLA-0000136864) |
| 7E | | | | I.C. on List of Names (B&C-4_0000000033) |
| 7F | | | | I.C. Driver's License Scan (B&C-4_0000000082 - B&C-4_0000000083) |
| 7G | | | | Signed Prescription Pick Ups (B&C-1_0000027131 - B&C-1_0000027133) |
| 7H | | | | Image of Prescription Bottle (G_SAMSUNG_0000002907) |
| 7I | | | | Zelle Records - IP28072727 (Excel) |
| 7J | | | | Zelle Records - Logs_IP28072763 |
| 7K | | | | Saman Cala Gimenez Ocean Bank x1605 Transaction Report (B&C-11_0000000661) |
| 7L | | | | Saman Cala Gimenez Ocean Bank x5906 (B&C-11_0000000662 - B&C-11_0000000664) |
| 100s – Summary Exhibits | | | | |
| Banking Summaries | | | | |
| 101 | | | | Bank Accounts Analyzed (B&C-11_0000000001) |
| 102 | | | | Boots Cash Deposits April 2021 - February 2024 (B&C-11_0000000003) |
| 103 | | | | Boots Inflows April 2021 - February 2024 (B&C-11_0000000002) |
| 104 | | | | Boots Outflows April 2021 - October 2024 (B&C-11_0000000004) |
| 105 | | | | Chans Cash Deposits April 2021 - February 2024 (B&C-11_0000000006) |
| 106 | | | | Chans Inflows April 2021 - February 2024 (B&C-11_0000000005) |
| 107 | | | | Chans Outflows April 2021 - February 2024 (B&C-11_0000000007) |
| 108 | | | | Summary of Cash Deposits v. Cash Withdrawals April 2021 - October 2024 (B&C-10_0000000529) |
| 109 | | | | Summary of Cash Deposits v. Cash Withdrawals (B&C-10_0000000531) |
| 110 | | | | Yusuf Cash Deposit April 2021 - February 2024 (B&C-11_0000000009) |
| 111 | | | | Yusuf Inflows April 2021 – October 2024 (B&C-11_0000000008) |

| Exhibit Number | Date Identified | Date Admitted | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 112 | | | | *Intentionally Removed* |
| Patient and Dispensing Summaries | | | | |
| 113 | | | | Patients Receiving Oxycodone vs Other Products Pie Chart (B&C-11_0000000013) |
| 114 | | | | Oxycodone 30 Mg vs Other Products Pie Chart (B&C-11_0000000014) |
| 115 | | | | Patients Receiving Oxycodone 30 Mg-- Distance to Pharmacy table (B&C-11_0000000015) |
| 116 | | | | Number of Oxycodone 30 Mg Patients by City (B&C-11_0000000016) |
| 117 | | | | Number of Oxycodone 30 Mg Prescriptions by City (B&C-11_0000000017) |
| 118 | | | | Number of Oxycodone 30 Mg Prescriptions by Patient City (B&C-11_0000000018 - B&C-11_0000000019) |
| 119 | | | | Patient City Changed for Same Street Address table (B&C-11_0000000020 - B&C-11_0000000046) |
| 120 | | | | Map Showing Patient Changed City for Same Street Address (B&C-11_0000000047) |
| 121 | | | | Patients Receiving Oxycodone 30 MG for Six Months or longer table (B&C-11_0000000048) |
| 122 | | | | Patients Receiving Oxycodone 30 MG for Six Months and or longer Patient Summary (B&C-11_0000000049 - B&C-11_0000000052) |
| 123 | | | | Patients Receiving Oxycodone 30 MG as First Prescription Summary (B&C-11_0000000053) |
| 124 | | | | Patients Receiving Oxycodone 30 MG as First Prescription Patient Summary (B&C-11_0000000054 - B&C-11_0000000057) |
| 125 | | | | Oxycodone 30 MG Patients by Prescriber (B&C-11_0000000058) |
| 126A | | | | Oxycodone 30 MG Totals by Prescriber Address (B&C-11_0000000059 - B&C-11_0000000062) |
| 126B | | | | BOOTS and CHANS Oxycodone 30 MG Totals by Prescriber Address Sorted by |

| Exhibit Number | Date Identified | Date Admitted | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| | | | | Number of Rxs (B&C-11_0000000063 - B&C-11_0000000066) |
| 127 | | | | BOOTS and CHANS Oxycodone 30 MG Totals by Prescriber Address Pie Chart (B&C-11_0000000067) |
| 128 | | | | Map showing patient residence, physician, and pharmacy (B&C-11_0000000642- B&C-11_0000000650) |
| 129 | | | | Mapy showing patient residence, physician, and pharmacy (B&C-11_0000000651 - B&C-11_0000000660) |
| 130 | | | | Combined Pharmacies - Patients Receiving Oxy vs All Other Scheduled Drugs (B&C-13_0000001236 - B&C-13_0000001246) |
| 131 | | | | Walgreens Margate - Patients Receiving Oxy vs All Other Scheduled Drugs B&C-13_0000001247 - B&C-13_0000001250) |
| 200s – PDMP, Data and Regs | | | | |
| 201 | | | | BOOTS CERTIFIED PDMP MERGED 2018 to 2025 (Excel) |
| 202 | | | | CHANS PDMP CERTIFIED MERGED (Excel) |
| 203 | | | | EFORSCE PDMP 90211 (B&C-4_0000000998) |
| 204 | | | | BOOTS and CHANS PDMP Excerpt for Conspiracy Dates (Excel) |
| 205 | | | | BOOTS ARCOS APRIL 2021 TO OCTOBER 2024 (Excel) |
| 206 | | | | CHANS ARCOS APRIL 2021 TO OCTOBER 2024 (Excel) |
| 207 | | | | ARCOS BOOTS 06.01.2021-06.01.2023 FB6641066 (Excel) |
| 208 | | | | ARCOS CHANS 06.01.2021-06.01.2023 FC5621532 (Excel) |
| 209 | | | | CHANS PHARMACY PLUS PDMP as of Oct 29 2024 (Excel) |
| 210 | | | | I.C. PDMP CHANS (Excel) |
| 211 | | | | WALGREENS MARGATE 441 COMPARISON TO BOOTS (Excel) |
| 212 | | | | Walmart Margate PDMP comparison to BOOTS (Excel) |
| 213 | | | | WELL GOODS PHARMACY PDMP for comparison to BOOTS (Excel) |
| 300s – Financial Records | | | | |

| Exhibit Number | Date Identified | Date Admitted | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 301 | | | | Florida Department of Revenue Records for Boots, Chans, Olushola Yusuf, Oluwadamilola Oshodi (B&C-1_0000021227 - B&C-1_0000021254; B&C-1_0000021255 - B&C-1_0000021282) |
| 302 | | | | Chans Pharmacy Plus Wells Fargo x1196 Combined Records (B&C-1_0000010300 – B&C-1_0000011730) |
| 302A | | | | Chans Pharmacy Plus Wells Fargo x1196 Combined Signature Cards (B&C-1_0000011338 - B&C-1_0000011349) |
| 303 | | | | Olushola Yusuf ECU Credit Union x1330 Combined Records (B&C-6_0000000572 - B&C-6_0000000584; B&C-1_0000016548 - B&C-1_0000016628) |
| 303A | | | | Olushola Yusuf ECU Credit Union x1330 Combined Account Card (B&C-6_0000000572 - B&C-6_0000000574) |
| 304 | | | | Olushola Yusuf ECU Credit Union x8005 Combined Records (B&C-1_0000016629 - B&C-1_0000016632; B&C-1_0000016634) |
| 304A | | | | Olushola Yusuf ECU Credit Union x8005 Account Card (B&C-1_0000016634) |
| 305 | | | | Olushola Yusuf ECU Credit Union x8138 (B&C-1_0000016629 - B&C-1_0000016632; B&C-1_0000016635) |
| 305A | | | | Olushola Yusuf ECU Credit Union x8138 Account Card (B&C-1_0000016635) |
| 306 | | | | Olushola Yusuf ECU Credit Union x1744 Combined Records (B&C-1_0000016511 - B&C-1_0000016516; B&C-1_0000016520 - B&C-1_0000016526; B&C-1_0000016536 - B&C-1_0000016547) |
| 307 | | | | Oluwadamilola Oshodi Wells Fargo x4642 Combined Records (B&C-1_0000000177 - B&C-1_0000000178; B&C-1_0000002170 - B&C-1_0000002856; B&C-1_0000009150 - |
| 307A | | | | Oluwadamilola Oshodi Wells Fargo x4642 Signature Card (B&C-1_0000002564 - B&C-1_0000002566) |
| 308 | | | | Oluwadamilola Oshodi Wells Fargo x6929 Combined Records (B&C-1_0000000175 - B&C-1_0000000176; B&C-1_0000002170 - B&C-1_0000010050) |
| 308A | | | | Oluwadamilola Oshodi Wells Fargo x6929 Combined Signature Cards (B&C- |

| Exhibit Number | Date Identified | Date Admitted | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| | | | | 1_0000002567- B&C-1_0000002569; B&C-1_000000976 - B&C-1_000000978) |
| 309 | | | | Oluwadamilola Oshodi Wells Fargo x4194 Combined Records (B&C-1_0000000001 - B&C-1_0000000174) |
| 310 | | | | Olushola Yusuf GTE Financial Credit Union x4800 Combined Records (B&C-1_000002858 - B&C-1_000002897) |
| 311 | | | | Olushola Yusuf Bank of America x3082 Combined Records (B&C-1_0000002922 - B&C-1_0000002923) |
| 312 | | | | Olushola Yusuf Bank of America x3717 Combined Records (B&C-1_0000012550 - B&C-1_0000012807) |
| 312A | | | | Olushola Yusuf Bank of America x3717 Signature Card (B&C-1_0000012798 - B&C-1_0000012799) |
| 313 | | | | Boots LLC DBA StrideRite Pharmacy Bank of America x7282 Combined Records (B&C-1_0000012526 - B&C-1_0000012528; Produced Natively) |
| 313A | | | | Boots LLC DBA StrideRite Pharmacy Bank of America x7282 Combined Signature Cards (B&C-1_0000012526 - B&C-1_0000012526; B&C-1_0000015603) |
| 314 | | | | Olushola Yusuf Bank of America x7519 Combined Records (B&C-1_0000015604 - B&C-1_0000016186; Excels) |
| 314A | | | | Olushola Yusuf Bank of America x7519 Signature Card (B&C-1_0000016186) |
| 315 | | | | Olushola Yusuf Bank of America x8851 (B&C-1_0000016187 - B&C-1_0000016509; Excels) |
| 315A | | | | Olushola Yusuf Bank of America x8851 Signature Card (B&C-1_0000016509) |
| 316 | | | | Boots LLC DBA StrideRite Pharmacy Wells Fargo x6019 Combined Records (B&C-1_0000008903 - B&C-1_0000009139) |
| 316A | | | | Boots LLC DBA StrideRite Pharmacy Wells Fargo x6019 Signature Card (B&C-1_0000009004 - B&C-1_0000009009) |
| 317 | | | | Boots LLC DBA StrideRite Pharmacy Wells Fargo x6027 Combined Records (B&C-1_0000009140 - B&C-1_0000009149) |
| 317A | | | | Boots LLC DBA StrideRite Pharmacy Wells Fargo x6027 Signature Card (B&C-1_0000009140 - B&C-1_0000009145) |

| Exhibit Number | Date Identified | Date Admitted | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 318 | | | | Olushola Yusuf Bank of America x5930 Combined Records (B&C-1_0000002929 - B&C-1_0000002932; B&C-1_0000004881 - B&C-1_0000004884; B&C-1_0000003071 - B&C-1_0000003208) |
| 318A | | | | Olushola Yusuf Bank of America x5930 Signature Card (B&C-1_0000002870) |
| 319 | | | | Olushola Yusuf Corporate One Federal Credit Union x7725 (B&C-1_0000016510; Excel) |
| 320 | | | | Saman Cala Gimenez Wells Fargo x8947 Combined Records (B&C-1_0000019404 - B&C-1_0000019818) |
| 321 | | | | Saman Cala Gimenez TD Bank x4682 Combined Records (B&C-1_0000019403; B&C-1_0000019233 – B&C-1_0000019402) |
| 322 | | | | Saman Cala Gimenez TD Bank x3291 Combined Records (B&C-1_0000019403; B&C-1_0000019208 - B&C-1_0000019209) |
| 323 | | | | Saman Cala Gimenez Ocean Bank x1605 Combined Records (B&C-1_0000019207; B&C-1_0000018596 - B&C-1_0000018625; B&C-1_0000018626 - B&C-1_0000018996; B&C-1_0000019184 - B&C-1_0000019196; Produced Natively) |
| 323A | | | | x1605 Transactions Report (Excel) |
| 323B | | | | x1605 Transactions Report (B&C-12_0000000011) |
| 324 | | | | Saman Cala Gimenez Ocean Bank x5906 Combined Records (B&C-1_0000018997 - B&C-1_0000019153) |
| 324A | | | | x5906 Transactions Report (Excel) |
| 324B | | | | x5906 Transactions Report (B&C-12_0000000012 - B&C-12_0000000014) |
| 325 | | | | Saman Cala Gimenez Ocean Bank x7920 Combined Records (B&C-1_0000019154 - B&C-1_0000019183) |
| 326 | | | | Miscellaneous Banking Receipts (B&C-1_0000026500 – B&C-1_0000026503) |
| 400s – Patient Records and Prescriptions | | | | |
| 401A | | | | Daily Log for Prescriptions (B&C-1_000028680- B&C-1_000029468) |
| 401B | | | | Daily Log for Prescriptions (Excel) |

| Exhibit Number | Date Identified | Date Admitted | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 402A - BV | | | | Patient Dispensing Histories and Profiles (Combined) (B&C-1_0000028660 - B&C-1_0000029516; Excels) |
| 403 | | | | Chans Pharmacy Prescriptions (B&C-1_0000019819 - B&C-1_0000019824) |
| 404 | | | | Prescriptions for J.L. and R.B. (B&C-1_000026508 - B&C-1_000026511) |
| 405 | | | | Boots Patient IDs (B&C-4_0000000103 - B&C-4_0000000176) |
| 406A-I | | | | Patient receipts Combined |
| 407 | | | | Chans New Patient Forms and IDs (B&C-4_0000000004 - B&C-4_0000000085) |
| 408 | | | | Chans New Patient Forms (B&C-4_0000000086 - B&C-4_0000000102) |
| 409A-AB | | | | Combined Boots Pharmacy New Patient Forms |
| 410A -V | | | | Boots Binder of Pharmacy New Patient Intake Forms |
| 411A-B | | | | New Patient Forms Combined (B&C_0000026973 - B&C_0000027122) |
| 412A - I | | | | Patient Prescription Scans (B&C-11_0000000080 - B&C-11_0000000641) |
| 500s – Physical Evidence | | | | |
| 501 | | | | Physical Binder from DEA Including New Patient Forms, and Patient IDs |
| 502 | | | | Physical Discount Cards (B&C-1_0000028453 - B&C-1_0000028454) |
| 600s - Communications | | | | |
| 601 | | | | Gimenez and Van Rensburg Text Messages – August 21, 2024 – October 17, 2024 (B&C-10_0000001100 - B&C-10_0000001103) |
| 602 | | | | Van Rensburg and Yusuf Text Messages – August 29, 2023 (B&C-1_0000021600 - B&C-1_0000021601) |

| Exhibit Number | Date Identified | Date Admitted | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 603 | | | | Van Rensburg and Yusuf WhatsApp Messages – November 29, 2022 (B&C-1_0000021602 - B&C-1_0000021603) |
| 605 | | | | Toselli and Yusuf WhatsApp Messages (B&C-1_0000021606 - B&C-1_0000021608) |
| 606A-BE | | | | Yusuf and Kurian Messages Combined (BKPHONE_0000239045 - BKPHONE_0000239280; OYPHONE_0000051635 - OYPHONE_0000426376, Non Consecutive Bates) |
| 607A-K | | | | Yusuf and Van Rensburg Messages Combined (OYPHONE_0000048702 - OYPHONE_0000427223, Non Consecutive Bates) |
| 608 | | | | Yusuf and Toselli Messages August 17, 2023 (OYPHONE_0000425994 - OYPHONE_0000425996) |
| 609A-B | | | | Combined Whatsapp Messages Between Van Rensburg and Kurian (BKPHONE_0000002222 - BKPHONE_0000002246, Non Consecutive Bates) |
| 610A-P | | | | Combined Whatsapp Messages Between Yusuf and Kurian (BKPHONE_0000008244 - BKPHONE_0000008439, Non Consecutive Bates) |
| 611A-D | | | | Combined Whatsapp Messages Between Yusuf and Setoute (OYPHONE_0000026062 - OYPHONE_0000026083) |
| 612A-I | | | | Combined Whatsapp Messages Between Yusuf and Toselli (OYPHONE_0000025872 - OYPHONE_0000025934) |
| 613 | | | | 2018.01.05 Texts between Akin and Yusuf - OYPHONE_0000045728 |
| 614 | | | | July 11, 2020 Text between Group and Yusuf (OYPHONE_0000030468 - OYPHONE_0000030469) |
| 615 | | | | August 4, 2020 Texts between Eleazar and Yusuf (OYPHONE_0000050964) |
| 616 | | | | December 14, 2020 Apple Notes by Yusuf (OYPHONE_0000423828) |
| 617 | | | | May 31, 2023 Text messages between 2717 and Yusuf (OYPHONE_0000425012) |

9

| Exhibit Number | Date Identified | Date Admitted | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 618 | | | | July 24, 2023 Text messages between Setoute and Yusuf (OYPHONE_0000026136) |
| 619 | | | | November 6, 2023 Text between Yusuf and Ola Animashuan (OYPHONE_0000053710) |
| 620 | | | | December 7, 2023 Call log between Llerena and Yusuf (OYPHONE_0000000474) |
| 621 | | | | October 1, 2024 Whatsapp between Le Gras and 'Local User' (SG_SAMSUNG_0000002239) |
| 622 | | | | November 21, 2023 Texts between Kurian and Mekha Pharmacist Intern (BKPHONE_0000237068) |
| 623 | | | | November 15, 2023 Whatsapp between Kurian and Yusuf (OYPHONE_0000051656 - OYPHONE_0000051658) |
| 624 | | | | September 24, 2024 Texts between Le Gras and Saman (SG_SAMSUNG_R-0000000513 - SG_SAMSUNG_R-0000000514) |
| 625 | | | | October 4, 2024 Texts between Le Gras and Saman (SG_SAMSUNG_R-0000000516 - SG_SAMSUNG_R-0000000517) |
| 626 | | | | September 22, 2022 Whatsapp between Kurian and Yusuf (OYPHONE_0000051805 - OYPHONE_0000051806) |
| 627 | | | | November 30, 2020 Whatsapp between Rensburg and Yusuf (OYPHONE_0000048702 - OYPHONE_0000048704) |
| 628 | | | | January 5, 2023 Whatsapp between Kurian and Yusuf (OYPHONE_0000051780 - OYPHONE_0000051781) |
| 629 | | | | March 2, 2023 Whatsapp between Kurian and Yusuf (OYPHONE_0000051767 - OYPHONE_0000051768) |
| 630 | | | | August 30, 2020 Texts between Rensburg and Yusuf (OYPHONE_00000427130 - OYPHONE_00000427131) |
| 631 | | | | November 6, 2023 Whatsapp from Yusuf (OYPHONE_0000005605 - OYPHONE_0000005610) |
| 700s - Photographs | | | | |
| 701 | | | | Shola Yusuf StrideRite ("Boots") Pharmacy Business Card (OYPHONE_0000021367) |

| Exhibit Number | Date Identified | Date Admitted | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 702 | | | | Shola Yusuf StrideRite ("Boots") Pharmacy Business Card (SG_MOTOROLA-0000115375) |
| 703 | | | | FastMed Health Business Card (SG_MOTOROLA-0000137220) |
| 704 | | | | Photo of Post It on Phone Screen (SG_MOTOROLA-0000026730) |
| 705 | | | | FastMed Health Business Card (SG_MOTOROLA-0000108390) |
| 706 | | | | Betscy Kurian Chans Pharmacy Business Card (SG_MOTOROLA-0000110066) |
| 707 | | | | R.P. Notes (SG_MOTOROLA-0000110596) |
| 708 | | | | List of Names (SG_MOTOROLA-0000110635) |
| 709 | | | | Galapagos Wellness Center Business Card (SG_MOTOROLA-0000110735) |
| 710 | | | | List of Names (SG_MOTOROLA-0000111943) |
| 711 | | | | List of Accounts (SG_MOTOROLA-0000112693) |
| 712 | | | | Pharmacy Address (SG_MOTOROLA-0000113354) |
| 713 | | | | List of Names (SG_MOTOROLA-0000113402) |
| 714 | | | | Healing Health Center LLC Business Card (SG_MOTOROLA-0000114509) |
| 715 | | | | Photo of O.F. Identification Card (SG_MOTOROLA-0000114720) |
| 716 | | | | List of Accounts (SG_MOTOROLA-0000115101) |
| 717 | | | | Photo of I.C. Prescription Bottle (SG_MOTOROLA-0000115941) |
| 718 | | | | Photo of Bag of Money (SG_MOTOROLA-0000116557) |
| 719 | | | | Image of Chans (B&C-11_0000000011) |

| Exhibit Number | Date Identified | Date Admitted | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 720 | | | | Image of Boots (B&C-11_0000000012) |
| 721 | | | | DEA Cards in Yusuf Phone (OYPHONE_0000247363) |
| 800s – Pharmacy Documents and DEA Materials | | | | |
| 801 | | | | Biennial Inventory Log – December 13, 2022 (B&C-1_0000028449 - B&C-1_0000028452) |
| 802 | | | | Controlled Substances Invoices 2022 (B&C-1_0000027253 - B&C-1_0000028080) |
| 803 | | | | Controlled Substances Invoices 2023 (B&C-1_0000028081 - B&C-1_0000028350) |
| 804 | | | | Oxycodone 30mg Inventory Form (B&C-1_0000028383 - B&C-1_0000028438) |
| 805 | | | | Oxycodone APAP 5/325mg Inventory Form (B&C-1_0000028439 - B&C-1_0000028448) |
| 806 | | | | Yusuf DEA Registration Documents (B&C-1_0000019897 - B&C-1_00000199922) |
| 807 | | | | Pharmacist Guide to Prescription Fraud 1 (B&C-6_0000000848 - B&C-6_0000000849) |
| 808 | | | | Pharmacist Guide to Prescription Fraud 2 (B&C-6_0000000850 - B&C-6_0000000851) |
| 809 | | | | Statute provided to Yusuf - 130604 Purpose of issue of prescription.pdf (2005 to 2020 version) (B&C-10_0000000033) |
| 810 | | | | Jose Lists of names from Boots (B&C-1_0000021590 - B&C-1_0000021591) |
| 811 | | | | August 2023 Customer Log Cash or Insurance (B&C-1_0000026971 - B&C-1_0000026972) |
| 812 | | | | Cash Receipts - 12.7.2023 - 11.1.2023 (B&C-1_0000025534 - B&C-1_0000025575) |
| 813 | | | | Handwritten notes (B&C-1_0000027129 - B&C-1_0000027130) |
| 814 | | | | Signed Pick Up Prescriptions (B&C-1_0000027131 - B&C-1_0000027240) |
| 815 | | | | Phone Number List Chans (B&C-1_000028504 - B&C-1_000028509) |

12

| Exhibit Number | Date Identified | Date Admitted | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 816 | | | | Cala Gimenez Pick Up List (B&C-1_0000000033; B&C-1_0000000159) |
| 817 | | | | Controlled Substances 2023 Invoices & Form 222 (B&C-1_0000025576 - B&C-1_0000025725) |
| 818 | | | | Controlled Substances Log (B&C-1_0000025726 - B&C-1_0000025865) |
| 819 | | | | *Intentionally Removed* |
| 820 | | | | Manual Review Log (B&C-1_0000025910 - B&C-1_0000025911) |
| 821 | | | | DEA Compliance Policy (B&C-1_0000025989 – B&C-1_0000026006) |
| 822 | | | | Salus Medical Application (B&C-1_0000026512 - B&C-1_0000026547) |
| 823 | | | | 2021.03.01 – DEA Registration Presentation Invite to Chans (B&C-1_0000019941 - B&C-1_0000019944) |
| 824 | | | | 2020.10.13 Chans Transfer Letter (B&C-1_0000019944) |
| 825 | | | | Betscy Kurian Florida Department of Health License (B&C-1_0000021589) |
| 826 | | | | 2018 DEA Registration Presentation to Chans (Powerpoint) |
| 900s – Corporate Records | | | | |
| 901 | | | | Boots, LLC Sunbiz Report (B&C-1_0000021423 - B&C-1_0000021431) |
| 902 | | | | Boots, LLC NPI Registry Information (B&C-1_0000021417 - B&C-1_0000021419) |
| 903 | | | | Chans Pharmacy Plus, Inc. Sunbiz Report (B&C-1_0000021432 - B&C-1_0000021446) |
| 904 | | | | Chans Pharmacy Plus, Inc. NPI Registry Information (B&C-1_0000021420 - B&C-1_0000021422) |
| 905 | | | | Florida Profit Corporation Annual Report (B&C-1_0000021700) |
| 906 | | | | Power of Attorney for DEA Forms 222 (B&C-1_0000026966 - B&C-1_0000026968) |

| Exhibit Number | Date Identified | Date Admitted | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 907 | | | | Transfer from John to Oshodi (B&C-1_0000026969 - B&C-1_0000026970) |
| | | | 1000s - Miscellaneous | |
| 1001 | | | | Boots Pharmacist Daily Sign In Log (B&C-1_0000026369 - B&C-1_0000026443) |
| 1002 | | | | StrideRite Pharmacy Policy and Procedure (B&C-1_0000026253 - B&C-1_0000026326) |
| 1003 | | | | Chans Pharmacy – Pharmacist Daily Log (B&C-1_0000028461 - B&C-1_0000028503) |
| 1004 | | | | Grand 7th Pharmacy Sale Letter (B&C-1_0000026448 - B&C-1_0000026473) |
| 1005 | | | | Handwritten Notes and Docs from Front Desk (B&C-1_0000026474 - B&C-1_0000026499) |
| 1006 | | | | Note from Counter (B&C-1_0000026504 - B&C-1_0000026507) |
| 1007 | | | | Fraud, Waste and Abuse Training (B&C-1_0000026027 - B&C-1_0000026232) |
| 1008 | | | | Humana Fraud, Waste and Abuse Prevention Training Guide (B&C-1_0000026233 - B&C-1_0000026252) |
| 1009 | | | | Webex Meeting Invitation - Miami Division Pharmacy Pre-Registration Seminar Chans (B&C-1_0000021586 - B&C-1_0000021588) |
| 1010 | | | | Nucare Application (B&C-1_0000026774 - B&C-1_0000026809) |
| 1011 | | | | Poster from Chans "Top 10 questions pharmacists should ask when filling prescriptions for controlled substances" (B&C-6_0000047954) |
| 1012A-R | | | | Amerisource Bergen: Boots (B&C-6_0000000528 - B&C-6_0000000571; Excels) |
| 1013A-L | | | | Amerisource Bergen: Chans (B&C-6_0000000491 - B&C-6_0000000527; Excels) |
| 1014 | | | | CBP Yusuf Travel Records Records 90211 (B&C-6_00000623) |
| 1015 | | | | CBP Yusuf Travel Records (B&C-6_00000624 - B&C-6_00000633) |

| Exhibit Number | Date Identified | Date Admitted | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 1016 | | | | DOH Inspection No Pharmacists present. (B&C-1_0000020582 - B&C-1_0000020585) |
| 1017 | | | | Saman Zelle to R.I. (SG_SAMSUNG_0000056877) |
| 1018A-B | | | | Records from CVS (HHC_0000008526 - HHC_0000008559) |
| 1019A-B | | | | Records from CVS (CVS000001_CVS000026) |
| 1020A-F | | | | Records from Walmart (HHC_0000008561 - HHC_0000008593) |
| 1021A-B | | | | Records from Walmart (Excel) |
| 1022 | | | | 2025.03.31 Dr. Sottile Executed Plea Documents (B&C-11_0000000681 - B&C-11_0000000696) |
| 1023 | | | | DE 018 - PLEA AGREEMENT as to Betscy Kurian (B&C-11_0000000697 - B&C-11_0000000711) |
| 1024 | | | | DE 019 - AGREED FACTUAL PROFFER as to Betscy Kurian (B&C-11_0000000712 - B&C-11_0000000714) |
| 1025 | | | | DE 41 - Plea Agreement as to Saman Cala Gimenez (B&C-11_0000000715 - B&C-11_0000000727) |
| 1026 | | | | DE 42 - Factual Basis as to Saman Cala Gimenez (B&C-11_0000000728 - B&C-11_0000000730) |
| 1027 | | | | 2-ControlledSubstancesPresentation-PowerPoint-2020 (B&C-11_0000000789 - B&C-11_0000000876) |
| 1028 | | | | 3-2020-Presentation-Quiz (B&C-11_0000000877) |
| 1029 | | | | 4-ADF-203-ControlledSubstances-2022 (B&C-11_0000000878) |
| 1030 | | | | 5-ProgramBooklet (B&C-11_0000000879 - B&C-11_0000000920) |
| 1031 | | | | 6-AttendanceRoster-NAPPSA 2022 - Tampa-Submitted (B&C-11_0000000921 - B&C-11_0000000927) |
| 1032 | | | | 7-BobParrado-CV 2022 (B&C-11_0000000928 - B&C-11_0000000944) |
| 1033 | | | | 8-ControlledSubstancesPresentation-PowerPoint-2022 (B&C-11_0000000945 - B&C-11_0000001032) |
| 1034 | | | | 9-CertificationOfDomesticRecords (B&C-11_0000001033) |
| 1035 | | | | TOSELLI CE Courses (Excel) |

| Exhibit Number | Date Identified | Date Admitted | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 1036 | | | | Photos of Key Individuals (B&C-11_0000001037 - B&C-11_0000001041) |
| 1037 | | | | Walmart Prescription Note Cedeno (B&C-13_0000001254) |
| 1038 | | | | Walmart Prescription Note Perez (B&C-13_0000001258) |

Respectfully submitted,

LORINDA LARYEA
CHIEF, FRAUD SECTION

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

*/s/ Jacqueline Z. DerOvanesian*
Jacqueline Z. DerOvanesian
Florida Bar No. 125662
Assistant United States Attorney
99 Northeast 4th Street
Miami, Florida 33132
Tel: (305) 961-9349
Email: Jacqueline.DerOvanesian@usdoj.gov

Angela J. Benoit
Fla. Special Bar No. A5502549
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, D.C. 20005
Tel: (202) 617-4361
Email: Angela.Benoit.Lewis@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Jacqueline Z. DerOvanesian*
Jacqueline Z. DerOvanesian

16

17