UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-60145-DAMIAN

UNITED STATES OF AMERICA,

vs.

OLUSHOLA YUSUF,

**Defendant.**

_____/

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges that exhibits admitted into evidence during this trial and submitted to the jury during deliberations are hereby released back to counsel of record for the respective parties.

_____
**Government/Plaintiff**

_____
**Defendant**

_____
**COURTROOM DEPUTY**

Date: 7/21/26

cc:   Counsel of Record